UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

TIMOTHY BONDS,

            Plaintiff(s),         CASE NO.: 2:07-CV-10995

vs.                                  HON. AVERN COHN
                                   MAG. JUDGE STEVEN D. PEPE

PAUL PIPER, et. al.,

            Defendant(s).
_____/

**<u>Order Regarding Plaintiff's Motion for Access to Defendant's Medical Records</u>** (Dkt. # 19)

On July 23, 2007, Defendant, Paul Piper, M. D., filed a motion for access to Plaintiff's medical records (Dkt. # 19). It is determined under L.R. 7.1(e)(2) that no hearing on this motion is not needed. Previously, because it was recommended that Plaintiff's motion to dismiss for failure to state a claim and failure to exhaust, be granted (Dkt. # 12, 16), the need for further discovery will likely be unnecessary.

Accordingly, Defendant Paul Piper's motion for access to Plaintiff's medical records appears moot and is therefore **DENIED**.

Should the Report and Recommendation regarding Defendants' motions to dismiss be denied, Defendant may refile this motion.

The parties to this action may object to and seek review of this Order, but are required to file any objections within ten (10) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b) and LR 72.1(d).

So Ordered.

Date: September 14, 2007                                          s/Steven D. Pepe
Ann Arbor, Michigan                                        United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to the following: Christine M. Campbell, Kimberley A. Koester , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Timothy Bonds #401598, 18625 Winston, Detroit, MI 48219

                                                                                      s/James P. Peltier  
                                                                                      James P. Peltier  
                                                                                      Courtroom Deputy Clerk  
                                                                                      United States District Court  
                                                                                      600 Church St.  
                                                                                      Flint, MI 48502  
                                                                                      810-341-7850  
                                                                                      pete_peltier@mied.uscourts.gov