UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BONDS,

        Plaintiff,         Case Number: 07-10995

v.         HONORABLE AVERN COHN

PAUL PIPER, ELIZABETH TATE,
MARVA MYLES, and BUREAU OF
HEALTH CARE SERVICES,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND
## GRANTING DEFENDANTS' MOTION TO DISMISS
## AND
## DISMISSING CASE

I.

This is a prisoner civil rights case under 42 U.S.C. § 1983.  Plaintiff claims that defendants have denied him medical care in violation of his Eighth and Fourteenth Amendment rights.  The matter was referred to a magistrate judge for pre-trial proceedings.  Defendants filed a motion to dismiss on the grounds that plaintiff failed to exhaust his administrative remedies.  Plaintiff did not respond to the motion.  The magistrate judge issued a report and recommendation (MJRR) recommending that the motion be granted.  Plaintiff has not objected to the MJRR.

II.

Having reviewed the MJRR, the Court agrees with the magistrate judge that plaintiff has not exhausted his claim.  Accordingly, the findings and conclusions of the

magistrate judge are adopted as the findings and conclusions of the Court. Defendants' motion to dismiss is GRANTED. This case is DISMISSED.

SO ORDERED.

          s/Avern Cohn
          AVERN COHN
          UNITED STATES DISTRICT JUDGE

Dated: October 18, 2007

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Timothy Bonds, 401598, 18625 Winston, Detroit, MI 48219 on this date, October 18, 2007, by electronic and/or ordinary mail.

          s/Julie Owens
          Case Manager, (313) 234-5160